No. 70–64. LYKES BROS. STEAMSHIP CO., INC. *v.* CHAGOIS. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Victory Carriers, Inc.* v. *Law, ante,* p. 202. MR. JUSTICE DOUGLAS dissents from remand. MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this case.

No. 70–5073. WILEY *v.* UNITED STATES;

No. 70–5074. TAYLOR *v.* UNITED STATES; and

No. 70–5095. SYNNES *v.* UNITED STATES. C. A. 8th Cir. Motions for leave to proceed *in forma pauperis* and certiorari granted. Judgments vacated and cases remanded for further consideration in light of *United States* v. *Bass, ante,* p. 336. MR. JUSTICE BLACKMUN, with whom THE CHIEF JUSTICE joins, dissents for the reasons stated in his dissenting opinion in *United States* v. *Bass, supra,* at 351. MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of these motions and petitions. Reported below: No. 70–5073, 438 F. 2d 773, No. 70–5074, 438 F. 2d 774, and No. 70–5095, 438 F. 2d 764.

No. 70–5267. CROW *v.* UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Bass, ante,* p. 336. MR. JUSTICE BLACKMUN, with whom THE CHIEF JUSTICE joins, dissents for the reasons stated in his dissenting opinion in *United States* v. *Bass, supra,* at 351. MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this motion and petition.